**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


SANTOS ORDUNIZ,

     Petitioner,

-vs-                           Case No.  8:04-CR-164-T-30EAJ
                                                8:05-CV-1094-T-30EAJ

UNITED STATES OF AMERICA,

     Respondent.

_____/

**<u>ORDER</u>**

     Before the Court is a Supplemental Brief to Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. 5).  Petitioner did not file a certificate of service with the Supplemental Brief.

     Rule 12 of the Rules Governing Section 2255 Proceedings provides that "[t]he Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceedings under these rules."  Rule 5(d), Fed. R. Civ. P., states, in pertinent part that "[a]ll papers after the complaint required to be served upon a party, together with a certificate of service, must be filed with the court within a reasonable time after service."  In its November 21, 2005 order directing the Government to respond to the § 2255 motion, the Court cautioned Petitioner as follows:

     (c)     Henceforth, Petitioner shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government office listed in the bottom of this Order.  **Should Petitioner fail to include the required certificate of service with any document that he**

**submits for filing in the Court record, the Clerk of this Court is directed to reject the document.**

Dkt. 4, ¶ c.  A copy of said order was mailed to Petitioner at his address of record.  It has not been returned to the Clerk marked "undeliverable."  Petitioner has not submitted a certificate of service confirming that he served the Government with a copy of his Supplemental Brief. Therefore, the Supplemental Brief shall be stricken from the record and disregarded by the Court.

Defendant is reminded that although he is appearing *pro se*, he is required to comply with the Local Rules of the Middle District of Florida,  the Federal Rules of Civil Procedure, and the Rules Governing Section 2255 Cases.  His failure to do so could result in sanctions, including dismissal of his claims.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).

ACCORDINGLY, the Court **ORDERS** that  the Clerk shall **STRIKE** Petitioner's Supplemental Brief to Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. 5).

**DONE** and **ORDERED** in Tampa, Florida on December 19, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

SA:jsh